**DISMISS and Opinion Filed April 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00029-CV

## IN THE INTEREST OF T.C.F. AND J.M.F., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-03953**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

The clerk's record in this case is past due. By letter dated March 1, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs.[1] We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required

---

[1] Appellant has paid the filing fee, and has filed a docketing statement. He did not indicate that he has filed a statement of inability to pay for the costs of this appeal in his docketing statement, and our records do not contain a statement of inability to pay. Further, the reporter's record has been paid for and filed.

documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III

CHIEF JUSTICE

210029F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.C.F. AND
J.M.F., CHILDREN

No. 05-21-00029-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-03953.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee CARISSA NICOLE FANSLER
recover her costs of this appeal from appellant JASON CHRISTOPHER
FANSLER.

Judgment entered April 8, 2021